1  Vaughn A. Crawford
   Nevada Bar No. 7665
2  Jay J. Schuttert
   Nevada Bar No. 8656
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone:  (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: vcrawford@swlaw.com
6  Email: jschuttert@swlaw.com

7  Attorneys for Defendant
   FORD MOTOR COMPANY

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11 FERNANDO IVAN GRANADOS-MARTINEZ          CASE NO. 2:10-cv-01379-KJD-RJJ
   and MATTHEW LINDNER, as the Special
12 Administrator of the Estate of Elsy Leticia
   Granados-Martinez,
13                                                **STIPULATION AND ORDER FOR**
                  Plaintiffs,                      **DISMISSAL WITH PREJUDICE**
14
   vs.
15
   FORD MOTOR COMPANY, a Delaware
16 corporation; EVENFLO COMPANY, INC., a
   Delaware corporation; DOES I through XX,
17 inclusive and ROE BUSINESS ENTITIES I
   through XX, inclusive,
18
                  Defendants.
19

20        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs FERNANDO

21 IVAN GRANADOS-MARTINEZ and MATTHEW LINDNER, as the Special Administrator of

22 the ESTATE OF ELSY LETICIA GRANADOS-MARTINEZ, Defendant FORD MOTOR

23 COMPANY    ("Ford")    and    Defendant    EVENFLO    COMPANY,    INC.,    through

24 ///

25 ///

26 ///

27 ///

28 ///

   12493815

their respective counsel of record, that the above matter be dismissed with prejudice in its entirety

with each party to bear their own costs and attorneys fees.

DATED this __14__ day of February, 2011.          DATED this 14th day of February, 2011.

SNELL & WILMER L.L.P.                              BENSON & BINGHAM

By: _____                     By: /s/ Joseph L. Benson, II
    Vaughn A. Crawford, Esq.                           Joseph L. Benson, II, Esq.
    Jay J. Schuttert, Esq.                             626 S. So. 10th Street
    3883 Howard Hughes Pkwy., Ste. 1100               Las Vegas, NV 89101
    Las Vegas, NV 89169
                                                      Larry W. Lawrence, Esq. (*Pro Hac Vice*)
    Attorneys for Defendant                           LAWRENCE LAW FIRM
    FORD MOTOR COMPANY                                 3112 Windsor Rd., Ste. A234
                                                      Austin, TX 78703

                                                      Attorneys for Plaintiffs

DATED this _____ day of January, 2011.

    WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC

By: _____
    D. Lee Roberts, Jr., Esq.
    Rosemary Missisian, Esq.
    6385 S. Rainbow Blvd., Suite 400
    Las Vegas, NV 89118

    Charles L. Clay, Jr., Esq. (*Pro Hac Vice*)
    WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
    3344 Peachtree Road, Suite 2400
    Atlanta, GA 30326

    Attorneys for Defendant
    Evenflo Company, Inc.

### ORDER

IT IS SO ORDERED this ____15____ day of ____February____, 2011.

_____
DISTRICT COURT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

their respective counsel of record, that the above matter be dismissed with prejudice in its entirety

with each party to bear their own costs and attorneys fees.

DATED this _____ day of January, 2011.          DATED this _____ day of January, 2011.

SNELL & WILMER L.L.P.                            BENSON & BINGHAM

By: _____                     By: _____
Vaughn A. Crawford, Esq.                         Joseph L. Benson, II, Esq.
Jay J. Schuttert, Esq.                           626 S. So. 10th Street
3883 Howard Hughes Pkwy., Ste. 1100              Las Vegas, NV 89101
Las Vegas, NV 89169
                                                 Larry W. Lawrence, Esq. (*Pro Hac Vice*)
Attorneys for Defendant                          LAWRENCE LAW FIRM
FORD MOTOR COMPANY                               3112 Windsor Rd., Ste. A234
                                                 Austin, TX 78703

                                                 Attorneys for Plaintiffs

DATED this **8st** day of ~~January~~ **February**, 201*1*.

WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC

By: _____
D. Lee Roberts, Jr., Esq.
Rosemary Missian, Esq.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118

Charles L. Clay, Jr., Esq. (*Pro Hac Vice*)
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326

Attorneys for Defendant
Evenflo Company, Inc.

**ORDER**

IT IS SO ORDERED this _____ day of _____, 2011.

_____
DISTRICT COURT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

12493815

1   Prepared and Submitted by:
    SNELL & WILMER L.L.P.

2

3   _____
    Vaughn A. Crawford
4   Nevada Bar No. 7665
    Jay J. Schuttert
5   Nevada Bar No. 8656
    3883 Howard Hughes Parkway, Suite 1100
6   Las Vegas, NV 89169

7   Attorneys for Defendant
    FORD MOTOR COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

12493815

- 3 -